**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**FEDERAL NATIONAL MORTGAGE**
**ASSOCIATION,**
    **Plaintiff,**
**v.**                                                        **Civil Action No. 3:15-CV-2324-N-BK**

**EDWINA DYER and MICHAEL DYER,**
    **Defendants.**

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge and DIRECTS that this case be remanded to the County Court at Law No. 2, Dallas County, Texas. The Plaintiff is awarded $525 against the defendants for attorneys' fees.

SO ORDERED this 23rd day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE